AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NELSON MOODY

V.

The CITY OF CHICAGO, a Municipal Corporation, and Chicago Police Officers ONETA SAMPSON #4157, JAMIE CHISEM #3202, FATIMA ARIF #4942, MICHAEL O'CONNOR #8342, OSCAR ESCALANTE #15081, SCOTT BITTNER #11126, ROBERT GALLAS #17815, VINCENT CIOCCI #12914, DENNIS BARNES #2402, RICHARD MORAVEC #933, PAUL HABIAK # 14939, DAVID GARZA #14970, and Detectives THOMAS KELLY #20229, and ROGER MURPHY #20681,

CASE NUMBER: 14 CV 8809

ASSIGNED JUDGE: Judge Pallmayer

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Gilbert

TO: (Name and address of Defendant)

David Garza (#14970)
Chicago Police Headquarters
3510 South Michigan Avenue
Chicago, Illinois, 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Torreya L. Hamilton
Hamilton Law Office
53 West Jackson Boulevard, Suite 452
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK

November 17, 2014

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action  Guzman 14 CV 8809

## RETURN OF SERVICE

| | DATE 11-21-14 |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER (PRINT) Sam Osborne | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Given to Vince Caffo, agent authorized to accept service, at Chicago Police Headquarters, 3510 S. Michigan Ave, Chicago, Illinois

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-21-14
         *Date*          *Signature of Server*

53 W. Jackson Blvd, Ste. 452, Chicago, IL
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.